IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICHARD FREYTES, et al.,

    Plaintiffs,

v.       CIVIL NO. 98-1324 (RLA)

HERSHEY FOODS CORPORATION,
et al.,

    Defendants.

**FINAL JUDGMENT**

This Court having dismissed the complaint filed in this case trough its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED AS TIME-BARRED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of February, 2000.

RAYMOND L. ACOSTA
United States District Judge

